E-FILED
Thursday, 05 April, 2007  04:40:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**

APR 0 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-30035 |
| | ) Violation: 18 U.S.C. §3146(a)(1) |
| HENRY T. BLACKWELL, | ) |
| Defendant. | ) |

## INFORMATION

On or about the December 4, 2006, in Springfield, Illinois, in the Central District of Illinois,

**Henry T. Blackwell,**

the defendant, in case number 05-30073, having been released pursuant to chapter 207 of Title 18, United States Code, was, as a condition of such release, required to appear at his sentencing hearing after pleading guilty to manufacturing counterfeit obligations in violation of Title 18, United States Code, Section 471. The defendant knowingly failed to appear as required by the conditions of his release for his sentencing hearing on December 4, 2006.

In violation of 18 U.S.C. §3146(a)(1).

s/Patrick Chesley for
RODGER A. HEATON
UNITED STATES ATTORNEY
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov