E-FILED
Wednesday, 25 April, 2007  03:30:53 PM
Clerk, U.S. District Court, ILCD

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

CENTRAL _____ DISTRICT OF _____ ILLINOIS

FILED

APR 2 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

HENRY T. BLACKWELL

**WAIVER OF INDICTMENT**

CASE NUMBER:   07-30035

I,  Henry T. Blackwell _____ , the above named defendant, who is accused of

Failure to Appear

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on ____4/25/07_____ prosecution by indictment and consent that the pro-
        Date

ceeding may be by information rather than by indictment.

_____
Defendant

**s/ Douglas Beevers**
_____
Counsel for Defendant

Before

**s/ Byron G. Cudmore**
_____
Judicial Officer